Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Benjamin F. Tookey (SBN 330508)
btookey@donigerlawfirm.com
DONIGER / BURROUGHS
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUGUST IMAGE, LLC,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>SPINMEDIA GROUP, INC.; MJP CONTENT LABS LLC; et al.,<br><br>　　Defendants. | Case No. 2:24-cv-02839-CBM-MAA<br>*Hon. Consuelo B. Marshall Presiding*<br><br>**STIPULATION TO DISMISS** |

1    Plaintiff August Image, LLC, and Defendant MJP Content Labs, LLC
2 (collectively, the "Parties"), through their respective counsel, hereby stipulate to
3 the dismissal of this action with prejudice pursuant to Fed. R. Civ. P.
4 41(a)(1)(A)(ii).
5    SO STIPULATED.

7 DATED: November 5, 2024         DONIGER / BURROUGHS
8                        BY:   /s/ Stephen M. Doniger
                               Stephen M. Doniger, Esq.
9                              Benjamin F. Tookey, Esq.
10                             Attorneys for Plaintiff August Image

12 DATED: November 5, 2024         THE RUSSELL FIRM
                         By:   /s/ Erin Russell
13                             Erin Russell, Esq.
14                             Attorneys for Defendant MJP Content
                               Labs

16    The filer attests that all signatories listed, and on whose behalf this filing is
17 submitted, concur in this filing's content and have authorized its filing.